**[31802]** [Notice of Filing Deficiency]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
300 North Hogan Street Suite 3−350
Jacksonville, Florida 32202
(904)301−6490

January 12, 2009

GAIL BAKER
DEPUTY−IN−CHARGE

Kevin B Paysinger
Bankruptcy Law Firm of Lansing J. Roy
P.O. Box 10399
Jacksonville, FL 32247

In re: Smile Designs by Dr. Charlotte Gerry, P.A.          Case No. 3:09−bk−00145−PMG
                                                          Chapter 11

On, January 10, 2009 the debtor(s) filed a voluntary petition under a Chapter 11 of the Bankruptcy Code. The document(s) filed by you are deficient for the reason noted and must be cured within 15 (fifteen) days or the lesser time specifically noted in the deficiency.  Failure to file these documents may result in the case being referred for a judicial determination and may subject the case to an automatic dismissal in accordance with 11 U.S.C. Section 521.

> Schedules A, B, C, D, E, F, G, H, I and J are to be filed in every case. If a debtor has nothing to report on one or more of these schedules, a statement to that effect is required. Schedules C, I, and J are required by individuals and joint debtors. Failure to file the document(s) within 15 (fifteen) days of the filing of the petition is a violation of 11 U.S.C. Section 110, Federal Rule of Bankruptcy Procedure 1007, 2016, and/or 3015, and/or Local Rules..
>
> Statement of Affairs {Questions 1−15 are to be completed by all debtors and questions 16−18 pertain only to business debtors. Questions 19−21 are not applicable in Chapter 13 cases). Failure to file the document(s) within 15 (fifteen) days of the filing of the petition is a violation of 11 U.S.C. Section 110, Federal Rule of Bankruptcy Procedure 1007, 2016, and/or 3015, and/or Local Rules.}
>
> Disclosure of Compensation by Attorney (Bankruptcy Rule 2016(b)). Failure to file the document(s) within 15 (fifteen) days of the filing of the petition is a violation of 11 U.S.C. Section 110, Federal Rule of Bankruptcy Procedure 1007, 2016, and/or 3015, and/or Local Rules.
>
> Exhibit A to the Petition
>
> These may not be the only deficiencies in your case. Additionally, if you have not already done so, the documents required by 11 U.S.C. Section 521(a) (1) are to be filed within 15 days of the filing of the petition. Also, 11 U.S.C. Section 521 requires the filing of additional documents within certain time frames following the filing of a petition.

Lee Ann Bennett, Clerk of Court
300 North Hogan Street Suite 3−350
Jacksonville, FL 32202

Copies furnished to:
Trustee
United States Trustee

# CERTIFICATE OF NOTICE

```
District/off: 113A-3           User: craftt               Page 1 of 1                  Date Rcvd: Jan 12, 2009
Case: 09-00145                 Form ID: 31802             Total Served: 1
```

The following entities were served by first class mail on Jan 14, 2009.
db          +Smile Designs by Dr. Charlotte Gerry, P.A.,   7505 Arlington Expressway,
             Jacksonville, FL 32211-5951

The following entities were served by electronic transmission.
NONE.                                                                                                  TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 14, 2009**               **Signature:**   _Joseph Speetjens_