**FORM B9E Alt.** (Chapter 11 Individual or Joint Debtor Case) (12/07)                                                                                    Case Number **3:09−bk−00145−PMG**

# UNITED STATES BANKRUPTCY COURT
Middle District of Florida

## Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 11 bankruptcy case concerning the debtor(s) listed below was filed on January 10, 2009 .

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.
NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Smile Designs by Dr. Charlotte Gerry, P.A.
7505 Arlington Expressway
Jacksonville, FL 32211

| Case Number:<br>3:09−bk−00145−PMG | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>20−5795059 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Kevin B Paysinger<br>Bankruptcy Law Firm of Lansing J. Roy<br>P.O. Box 10399<br>Jacksonville, FL 32247<br>Telephone number:  904−391−0030 | |

### Meeting of Creditors
Debtor(s) must present Photo ID and acceptable proof of Social Security Number at § 341 meeting.
You are reminded that Local Rule 5073−1 restricts the entry of cellular telephones into the Courthouse.

Date:  **February 18, 2009**                                                                Time:  **02:00 PM**
Location:  **FIRST FLOOR, 300 North Hogan St. Suite 1−200, Jacksonville, FL 32202**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Proof of Claim:**
For all creditors (except a governmental unit): **May 19, 2009**          For a governmental unit: **180 days from the date of filing**

**Creditor with a Foreign Address**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to File a Complaint to Determine Dischargeability of Certain Debts:**

**Deadline to File a Complaint Objecting to Discharge of the Debtor:**
*First date set for hearing on confirmation of plan.*
Notice of that date will be sent at a later time.

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| **Address of the Bankruptcy Clerk's Office:**<br>300 North Hogan Street Suite 3−350<br>Jacksonville, FL 32202<br>Telephone number:  904−301−6490 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Lee Ann Bennett |
|---|---|
| Hours Open:  Monday − Friday 8:30 AM − 4:00 PM | Date:  January 12, 2009 |

# EXPLANATIONS

FORM B9E Alt (12/07)

| | |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this notice, you can obtain one at any bankruptcy clerk's office. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office. If your claim is scheduled and is *not* listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you file a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all *or* if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim or you might not be paid any money on your claim and may be unable to vote on a plan. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Foreign Creditor:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). Unless the court orders otherwise, however, the discharge will not be effective until completion of all payments under the plan. A discharge means that you may never try to collect the debt from the debtor except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code § 1141(d)(3), you must file a complaint with the required filing fee in the bankruptcy clerk's office not later than the first date set for the hearing on confirmation of the plan. You will be sent another notice informing you of that date. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––

| | |
|---|---|
| Voice Case Info. System (VCIS) | For use with a touch–tone phone only; using the dial pad VCIS will provide the caller with basic case information concerning deadlines such as case opening and closing date, discharge date and whether a case has assets or not. VCIS is accessible 24 hours a day except when routine maintenance is performed. To access VCIS toll free call 1–866–879–1286. |

| UNITED STATES BANKRUPTCY COURT Middle District of Florida | PROOF OF CLAIM |
|---|---|
| Name of Debtor: Smile Designs by Dr. Charlotte Gerry, P.A. | Case Number: 3:09-00145-PMG |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property): | ☐ Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent: | **Court Claim Number:**_____ (*If known*) |
| Telephone number: | Filed on:_____ |
| Name and address where payment should be sent (if different from above): | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |
| Telephone number: | ☐ Check this box if you are the debtor or trustee in this case. |

**1. Amount of Claim as of Date Case Filed:** $_____

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** _____
   (See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

   **3a. Debtor may have scheduled account as:** _____
   (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   **Nature of property or right of setoff:**  ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
   **Describe:**

   **Value of Property:** $_____  **Annual Interest Rate** ___%

   **Amount of arrearage and other charges as of time case filed included in secured claim,**

   **if any:** $_____  **Basis for perfection:** _____

   **Amount of Secured Claim:** $_____  **Amount Unsecured:** $_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

| Date: | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | **FOR COURT USE ONLY** |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

B10 (Official Form 10) (12/08) - Cont.

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a):**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

_____DEFINITIONS_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)** Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

_____INFORMATION_____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq*.), and any applicable orders of the bankruptcy court.

# CERTIFICATE OF NOTICE

```
District/off: 113A-3           User: ctonya                Page 1 of 2                   Date Rcvd: Jan 12, 2009
Case: 09-00145                 Form ID: B9E2               Total Served: 61


The following entities were served by first class mail on Jan 14, 2009.
db           +Smile Designs by Dr. Charlotte Gerry, P.A.,    7505 Arlington Expressway,
               Jacksonville, FL 32211-5951
aty          +Kevin B Paysinger,    Bankruptcy Law Firm of Lansing J. Roy,    P.O. Box 10399,
               Jacksonville, FL 32247-0399
ust          +United States Trustee - JAX,    135 W. Central Blvd, Suite 620,    Orlando, FL 32801-2440
15571901     +ADA Catalogue Sales,    211 E Chicago Avenue,    Chicago IL 60611-2678
15571902      ADA Product Company, Inc.,    2350 W Forest Avenue,    Milwaukee WI 53209-3723
15571904     +AT&T - BELLSOUTH,    AT&T CORRESPONDENCE,    PO BOX 100-120,    Columbia SC 29202-3120
15571903      Applied Therapy Group,    4184 Van Nuys,    Van Nuys CA 91409
15571905     +Benco,   Acct 91257864,    11 Bear Creek Blvd.,    Wilkes Barre PA 18702-7803
15571910     +COMCAST,    PO BOX 551217,    Jacksonville FL 32255-1217
15571911      CULLIGAN WATER,    P.O. Box 5277,    Carol Stream IL 60197-5277
15571906     +Cannon Paper Supply,    P.O. Box 60,    Calvary GA 39829-0060
15571908     +City Of Live Oak,    Acct 32064,    101 White Avenue SE,    Live Oak FL 32064-3340
15571907     +City of Lake City, FL,    205 N Marion Avenue,    Lake City FL 32055-3918
15571909     +City of Live Oak, FL,    101 White Avenue SE,    Live Oak FL 32064-3340
15571912      DDSLAB, Inc.,    Acct 1882027953,    P.O. Box 850001,    Orlando FL 32885-0247
15571913      DDSLAB, Inc.,    Acct 1882027954,    P.O. Box 85001,    Orlando FL 32885-0247
15571916      DentMat,    P.O. Box 52510,    Los Angeles CA 90074-2510
15571914      Dental Health Product,    Acct 62745,    Dept. CH17966,    Palatine IL 60055-7966
15571915      Dental Health Product,    Acct 63216,    Dept. CH17966,    Palatine IL 60055-7966
15571917     +Direct Dental Service Products,    Attn: Brian McCullough,    P.O. Box 8761,
               Fleming Island FL 32006-0017
15571918     +DynaFlex Lab,    P.O. Box 99,    Saint Ann MO 63074-0099
15571919     +Emergency Systems, Inc.,    Acct 1137LC,    3027 Plymouth Street,    Jacksonville FL 32205-6023
15571921     +First Coast Dental Repair,    2686 Archer Street,    Middleburg FL 32068-6776
15571922     +Five Star Orthodontic Lab,    2928 Metro Street,    Suite 102,    Denton TX 76207-4303
15571923     +Frier's Storage,    634 Helvenston Street,    Live Oak FL 32064-3355
15571924     +Harmony Dental Lab,    758 West Duval Street,    Jacksonville FL 32202-4824
15571925     +Health Care Equipment Spec,    900 Indiana,    Wichita Falls TX 76301-6713
15571926     +Hunter's Printing,    1330 SW Main,    Lake City FL 32025-6684
15571927     +Intecm Tech,    2401 N Commerce,    Ardmore OK 73401-1280
15571929     +International Dental Alliance,    P.O. Box 1220,    Belvedere Tiburon CA 94920-4220
15571930     +Ivoclair Vivadent,    Acct Smile Designs,    175 Pineview Drive,    Amherst NY 14228-2231
15571931     +Jesse and Frichtel,    Acct Smile Designs,    1861 Golden Mile Highway,    Pittsburgh PA 15239-2827
15571932     +Live Oak Pest Control,    17856 US Hwy 129,    Mc Alpin FL 32062-2561
15571933     +Live Oak Property Mgmt,    400 Mal Blvd.,    Suite M,    Savannah GA 31406-4820
15571935     +MIS Implants,    14-25 Plaza Road,    Suite S.35,    Fair Lawn NJ 07410-3549
15571936     +MOS/McCrimon's Office Systems,    Acct Smile Designs of Lake City,    P.O. Box B,
               Live Oak FL 32064-0057
15571934     +Miller Lab,    526 White Avenue,    Live Oak FL 32064-3315
15571937      North Florida Printing,    109 Tuxedo Avenue N,    Live Oak FL 32064
15571939     +PITNEY BOWES CREDIT CORP,    PO BOX 5151,    Shelton CT 06484-7151
15571938      Philips ADP,    P.O. Box 847569,    Dallas TX 75284-7569
15571940     +Pitney Bowes Global,    P.O. Box 5460,    Louisville KY 40255-0460
15571941     +Proactive,    1075 Pineview Circle SW,    Live Oak FL 32064-3922
15571942     +Proctor & Gamble,    P.O. Box 4751,    Martinsville VA 24115-4751
15571943     +Quill,    100 Schelter Road,    Lincolnshire IL 60069-3621
15571944     +Reliable Lab,    261 Westford Drive, #3,    Miami FL 33166-5290
15571948     +SOUTHLAND WASTE SYSTEM,    8619 WESTERN WAY,    Jacksonville FL 32256-0360
15573705     +Smile Designs by Dr. Charlotte Gerry, PA,    857 SW Main Blvd.,    Lake City FL 32025-5785
15571945     +Smile Markers,    P.O. Box 2543,    Spartanburg SC 29304-2543
15571946     +South Georgia Media Group,    P.O. Box 968,    Valdosta GA 31603-0968
15571947      Southeastern Environmental Svc,    2940 Mercury Road,    Jacksonville FL 32207-7913
15571949      State of Florida,    Department of Revenue,    State Unemployment Comp.,    Tallahassee FL 32301
15571950     +Suwannee County, Florida,    215 Pine Avenue SW,    Suite A,    Live Oak FL 32064-2349
15573710     +Tax Collector, Columbia County,    135 NE Hernando Avenue, Ste. 125,    Lake City, FL 32055-4004
15574050     +Tax Collector, Duval County,    231 E. Forsyth Street, #130,    Jacksonville, FL 32202-3380
15571951     +Touchton Heating,    10156 US Hwy 90 E,    Live Oak FL 32060-7069
15571953      UPS,    P.O. Box 7247-0244,    Philadelphia PA 19170-0001
15571954     +US Express Leasing,    10 Waterview Blvd.,    Parsippany NJ 07054-1286
15571952      Ultradent Products,    Acct 110461,    P.O. Box 410804,    Salt Lake City UT 84141-0804
15571955     +WQHL-FM Radio,    Acct 76945,    1305 Helvenston,    Live Oak FL 32064-3465
15571920      eServices,    P.O. Box 10677,    Palatine IL 60055-0677

The following entities were served by electronic transmission on Jan 13, 2009.
15571928      EDI: IRS.COM Jan 13 2009 02:43:00      Internal Revenue Service,    Acct 205795059,    PO BOX 21126,
               Philadelphia PA 19114-0326
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 113A-3          User: ctonya              Page 2 of 2              Date Rcvd: Jan 12, 2009
Case: 09-00145                Form ID: B9E2             Total Served: 61
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 14, 2009**                                  **Signature:**  _/s/ Joseph Speetjens_