**United States Bankruptcy Court**
**Middle District of Florida**

In re: **Smile Designs by Dr. Charlotte Gerry, P.A.**
Debtor(s)

Case No. **09-000145**
Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ 7,500.00 |
   | Prior to the filing of this statement I have received | $ 7,500.00 |
   | Balance Due | $ 0.00 |

2. The source of the compensation paid to me was:

   ☐ Debtor   ■ Other (specify): **All attorney fees and costs subject to final Court review and approval. Any additional fees and costs accrued will be paid at confirmation.**

3. The source of compensation to be paid to me is:

   ☐ Debtor   ■ Other (specify): **Additional attorney fees to be paid upon application and approval of the Court.**

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **SEE ATTACHED ATTORNEY FEE AGREEMENT.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: 1/22/09

Kevin B. Paysinger 0056742
Bankruptcy Law Firm
of Lansing J. Roy, P.A.
PO Box 10399
Jacksonville, FL 32247-0399
904-391-0030   Fax: 904-391-0031
information@jacksonvillebankruptcy.com

---

# BANKRUPTCY LAW FIRM
# OF LANSING J. ROY, P.A.

**Mailing Address:** P.O. Box 10399, Jacksonville, FL 32247-0399
**Physical Address:** 1710 Shadowood Lane, Suite 210, Jacksonville, FL 32207
TELEPHONE: (904) 391-0030    FAX: (904) 391-0031
Web site: www.JacksonvilleBankruptcy.com
E-mail: information@JacksonvilleBankruptcy.com

**Lansing J. Roy, Esquire**                      **Christopher R. DeMetros, Esquire**
**Nancy Akel Draughon, Esquire**                 **Kevin B. Paysinger, Esquire**

## CHAPTER 11 FEES & COSTS AGREEMENT

This Chapter 11 Fees and Costs Agreement (the "Agreement") is made between Smile Designs by Dr. Charlotte Gerry, P.A. (the "Client") and the Bankruptcy Law Firm of Lansing J. Roy, P.A. (the "Firm") on the date entered below.

Retainer Fee - $7,500.00
Filing Fee - $1,039.00

**TOTAL  $8,539.00**

Terms for Payment of $8,539.00:
  a. $7,500.00 Retainer Fee payable at the time we open the Chapter 11 file and execute this Agreement.

  b. $1,039.00 Filing Fee payable before the Chapter 11 petition and related papers are filed to commence the reorganization case.

  c. Fees are billed on an hourly basis with the lowest increment being 1/10 of an hour (6 minutes).

  d. All fees and costs are subject to court approval upon application notice and hearing.

  e. Hourly rates for various attorneys and paralegals of the firm are as follows:
       1. Attorney Lansing Roy        $300.00/hour
       2. Attorney Kevin Paysinger    $150.00/hour
       3. Attorney Nancy Draughon     $150.00/hour
       4. Attorney Chris DeMetros     $200.00/hour
       5. Paralegal                   $ 50.00/hour

  f. It is anticipated that most of the billable hours will come from Lansing Roy and Kevin Paysinger.

  g. It is further estimated that total fees and costs up through Confirmation of the plan and application for Final Decree will be approximately $15,000.00. This is just an estimated amount and in no way limits the total amount of fees and costs that the Client may be required to pay.

h. Client will be required to pay the unpaid balance of fees and costs accrued up to the time the case is confirmed upon Confirmation of the plan.

i. Any additional fees and costs will be paid at the time the court approves the application for Final Decree.

j. Within five business day before the confirmation hearing, Client will cause to be deposited in the Firm's trust account the estimated balance of fees and costs to be due according to paragraph h of this Agreement (upon confirmation of the plan).

k. Upon the entry of the Final decree, the Firm will invoice the final fees and costs accrued between confirmation and final decree. Client will pay the final billing within five (5) business days of receipt of the same.

l. Any additional work, if any is needed after Final Decree, will be negotiated by the Client and the Firm.

Entered into this 20th day of December 2008.

Smile Designs by
Dr. Charlotte Gerry, P.A.

_____
by Dr. Charlotte Gerry, President

Bankruptcy Law Firm of
Lansing J. Roy, P.A.

_____
Lansing J. Roy, Esquire